IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STELLA PRONESTI,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONAL CREDIT ADJUSTERS,<br><br>        Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 15-6319 (JBS/KMW)<br><br>**DEFAULT JUDGMENT** |

    This matter comes before the Court by way of Plaintiff Stella Pronesti's (hereinafter, "Plaintiff") unopposed motion for default judgment [see Docket Item 5]; and the Court having considered Plaintiff's submissions; and for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

    IT IS this **20th** day of **April**, **2016**, hereby

    **ORDERED** that Plaintiff's motion for default judgment [Docket Item 5] shall be, and hereby is, **GRANTED**; and it is further

    **ORDERED** that a **DEFAULT JUDGMENT** shall be entered in favor of Plaintiff Stella Pronesti and against Defendant National Credit Adjusters in the amount of **$2,320**, together with interest consistent with law.

                                     **s/ Jerome B. Simandle**
                                     JEROME B. SIMANDLE
                                     Chief U.S. District Judge